**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DOROTHY L. "SANDY" BOLLEN**                                        **PLAINTIFF**

**V.**                                  **4:06CV00269 JMM**

**ARKANSAS DEPARTMENT OF HUMAN**
**SERVICES, An Agency of the State of**
**Arkansas; ET AL**                                              **DEFENDANTS**

<u>**JUDGMENT**</u>

Pursuant to the Order entered on October 31, 2007, Judgment is hereby entered in favor

of the Defendants.  The Complaint is dismissed with prejudice.  The Clerk is directed to close

the case.

IT IS SO ORDERED this 31st day of October 2007.

_____
James M. Moody
United States District Judge